SPENCER ALDRICH et al., as Trustees for LOUISE A. MEISSNER et al., Appellants, v. THE CITY OF NEW YORK et al., Respondents.

(Submitted March 17, 1930; decided March 25, 1930.)

*Arthur J. W. Hilly,* Corporation Counsel (*Charles V. Nellany* of counsel), *Edward M. Grout* and *Franklin Nevius* for motion.

*John J. McBride* opposed.

Motions granted and appeal dismissed, with costs and ten dollars costs of motions.